UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

        Plaintiff,

   v.

CITY OF SEATTLE,

        Defendant.

Case No. C22-1721-DGE-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 7.)

    (2)    Plaintiff's proposed complaint (Dkt. No. 4-1), and this action, are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

ORDER OF DISMISSAL - 1

1  Dated this 27th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 2